# EXHIBIT A

## Cordoba Affidavit

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **YAZMIN GONZALEZ,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO. 3:23-cv-00355-KC** |
| | § | |
| **CORDOBA LEGAL GROUP, LLC a Florida Limited Liability Company,** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |

**AFFIDAVIT OF ALFREDO CORDOBA IN SUPPORT OF DEFENDANT CORDOBA LEGAL GROUP, LLC'S MOTION FOR SUMMARY JUDGMENT**

STATE OF FLORIDA

COUNTY OF [•] BROWARD

I declare under penalty of perjury that the following is true, correct, and based upon my personal knowledge and a review of Cordoba's (defined below) records.

1. My name is Alfredo Cordoba. I am a resident of [ BROWARD ] County, Florida. I am over 21 years of age, of sound mind, and am fully competent in all respects to testify to the matters stated herein.

2. I am the principal of Cordoba Legal Group, LLC ("***Cordoba***"), the defendant in the above-captioned matter. Cordoba is a limited liability company organized under the laws of Florida.

3. On or around September 29, 2023, Yazmin Gonzalez (the "***Plaintiff***"), the plaintiff in the above-captioned matter, filed her Complaint [Docket No. 1] against Cordoba.

4. I have no knowledge regarding whether Plaintiff's phone number ending in -2376 is on the National Do Not Call Registry.

5. Cordoba has never established a business relationship with Plaintiff. Cordoba does not have any contract or agreement with Plaintiff related to any business relationship and has never received any financial or economic consideration or other benefit from any business relationship with Plaintiff.

6. With the exception of one call from a representative of Cordoba on July 26, 2023, Cordoba has never had any direct contact with Plaintiff.

7. To my knowledge, Cordoba never directed EZ-Way to contact Plaintiff.

8. EZ-Way is not an agent of Cordoba. Cordoba has not authorized EZ-Way to act as its agent. EZ-Way does not have any power or authorization given by Cordoba to affect the rights and duties of Cordoba. Cordoba has no agency agreement with EZ-Way.

9. To my knowledge, EZ-Way did not hold itself out to Plaintiff as an agent of Cordoba or as having the power or being authorized in any way to affect the rights or duties of Cordoba.

10. Cordoba does not control the means by which EZ-Way conducts its business. Cordoba does not have the right to assign EZ-Way particular tasks and does not control the means and details of the process by which EZ-Way would accomplish any such tasks.

11. Cordoba received no material or economic benefit from any of the alleged calls EZ-Way made to Plaintiff.

12. To my knowledge, Cordoba has not made any representation to Plaintiff that EZ-Way was an agent or had authority to affect the rights and duties of Cordoba.

13. Cordoba did not have knowledge of the alleged calls made by EZ-Way to Plaintiff.

14. Cordoba has never adopted or confirmed any prior act of EZ-Way with respect to alleged calls made to Plaintiff.

Executed in [Broward] County, State of [Florida], on the [10th] day of April, 2025.

Signed and sworn before me, the undersigned authority on this [10th] day of April, 2025.

ALFREDO CORDOBA

Notary Public, State of Florida

CAMILA DUARTE
Notary Public - State of Florida
Commission # HH 619978
My Comm. Expires Dec 15, 2028



17174984