**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **YAZMIN GONZALEZ,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO. 3:23-cv-00355-KC** |
| | § | |
| **CORDOBA LEGAL GROUP, LLC a Florida Limited Liability Company,** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |

**ORDER GRANTING DEFENDANT CORDOBA LEGAL GROUP, LLC'S**
**MOTION FOR SUMMARY JUDGMENT**

Pending before the Court is Defendant Cordoba Legal Group, a Florida Limited Liability Company's ("Cordoba" or "Defendant") Motion for Summary Judgment (the "Motion"). After considering the Motion, together with the responses and/or replies thereto, the record, applicable law, and arguments of counsel, if any, the Court finds that the Motion should be GRANTED:

It is **ORDERED** that, for the reasons set forth therein, the Motion is **GRANTED**.

**SIGNED** on __________ day of ________________________, 2025.

______________________________________

**HONORABLE KATHLEEN CARDONE**
**UNITED STATES DISTRICT JUDGE**