**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **YAZMIN GONZALEZ,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO. 3:23-cv-00355-KC** |
| | § | |
| **CORDOBA LEGAL GROUP, LLC a Florida Limited Liability Company,** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |

---

**AGREED MOTION TO DISMISS WITH PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Yazmin Gonzalez ("***Plaintiff***") and Defendant Cordoba Legal Group, LLC ("***Defendant***") file this Agreed Motion to Dismiss with Prejudice and in support thereof would show the Court as follows:

Plaintiff and Defendant hereby give notice that Plaintiff no longer wishes to pursue any of the claims or causes of action asserted in the above-captioned action because the parties have compromised and settled the same. Therefore, pursuant to their settlement, Plaintiff and Defendant file this Agreed Motion to Dismiss with Prejudice, dismissing all claims asserted against Defendant in this case with prejudice to the refiling or reinstatement of the same. The parties agree that they will bear their own costs, attorneys' fees, and expenses.

WHEREFORE, the Plaintiff and Defendant respectfully request that the Court grant this Agreed Motion to Dismiss with Prejudice, enter same on the Court's docket, and dismiss all of the claims asserted in the above styled and numbered lawsuit with prejudice.

Dated: February 23, 2026

Respectfully submitted,

*/s/ Yazmin Gonzalez (w/ permission)*
Yazmin Gonzalez
Gonzalez18yazmin@gmail.com

*PRO SE PLAINTIFF*

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl
State Bar No. 24038592
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
1000 Main Street, 36th Floor
Houston, Texas 77002-6341
(713) 226-6000 (phone)
(713) 226-6519 (fax)
jwolfshohl@porterhedges.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on February 23, 2026.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl