**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **YAZMIN GONZALEZ,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL CASE NO. 3:23-cv-00355-KC** |
| | § | |
| **CORDOBA LEGAL GROUP, LLC a Florida Limited Liability Company,** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |

**ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE**

On this day, the Court heard the Agreed Motion to Dismiss with Prejudice (the "***Motion***"). Having considered the Motion, the Court finds that the Motion has merit and is hereby GRANTED.

It is further ORDERED that the above civil action, and all pending claims and causes of action therein, is hereby DISMISSED WITH PREJUDICE;

It is further ORDERED that each party shall bear its own costs and expenses incurred in this civil action; and

It is further ORDERED that this Order disposes of all claims and causes of action and is a final judgment.

Signed: ________________________, 2026

______________________________
HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE