IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| YAZMIN GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-23-CV-355-KC |
| | § | |
| CORDOBA LEGAL GROUP, LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF THE MAGISTRATE JUDGE

On this day, the Court considered United States Magistrate Judge Laura Enriquez's Report and Recommendation ("R&R"), ECF No. 47. On April 11, 2025, Defendant Cordoba Legal Group, LLC filed a Motion to Dismiss ("Motion"), ECF No. 40. On December 18, the Motion was referred to Judge Enriquez. Dec. 18, 2025, Text Order.

Judge Enriquez filed the R&R on February 5, 2026, recommending that the Court grant in part and deny in part Defendant's Motion. Parties have fourteen days from a service of a Report and Recommendation of a United States Magistrate Judge to file written objections. *See* 28 U.S.C. § 636(b)(1)(C).[1] Over fourteen days have elapsed since the R&R, and no objections have been filed.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After reviewing the R&R, the Court agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds

---

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

that they are neither clearly erroneous nor contrary to law.  *See id.*

Accordingly, the Court **ADOPTS** the R&R, ECF No. 47, in its entirety, and **GRANTS IN PART** and **DENIES IN PART** Defendant's Motion, ECF No. 40.  The Motion is **GRANTED** as to Plaintiff's claims under the Telephone Consumer Protection Act ("TCPA") and **DENIED** as to Plaintiff's claims under the Texas Business and Commerce Code.  Therefore, Plaintiff's claims against Defendant under the TCPA are **DISMISSED**.

**IT IS FURTHER ORDERED** that, because trial has been vacated and the deadline to file dispositive motions has long passed, the parties shall meet and confer and **FILE** a joint notice informing the Court of the dates on which they are available for trial <u>**on or before March 6, 2026**</u>.  The parties are advised that the Court ordinarily sets jury selection to begin on Fridays at 8:30 a.m. and trial to continue thereafter until complete.  The parties are encouraged to provide multiple dates of availability.

**SO ORDERED.**

**SIGNED this 21st day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE